JOHN J. MENCHACA
835 Wilshire Boulevard, Suite 300
Los Angeles, California 90017
Telephone: (213) 683-3317
Facsimile: (213) 683-1883
Email: jmenchaca@menchacacpa.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GEORGE MKITARIAN<br><br>　　　　　　　Debtor. | Case No. 2:16-bk-23364-VZ<br><br>Chapter 7<br><br>**CHAPTER 7 TRUSTEE'S REPORT OF SALE PURSUANT TO RULE 6004(f) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**<br><br>[835 San Vicente Blvd, Santa Monica, CA ] |

**TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE:**

　　　John J. Menchaca, the duly appointed and qualified Chapter 7 Trustee ("Trustee") for the bankruptcy estate of George Mkitarian, respectfully submits his Report of Sale pursuant to Rule 6004(f)(1) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 6004-1(g).

Rule 6004(f) states in pertinent part: "(1) *Public or Private Sale*. All sales not in the ordinary course of business may be by private sale or by public auction. Unless it is impracticable, an itemized statement of the property sold, the name of each purchaser, and the price received for each item or lot or for the property as a whole if sold in bulk shall be filed on completion of the sale…."

Local Bankruptcy Rule 6004-1(g) states: "Unless otherwise ordered by the Court, the report of sale required by FRBP 6004(f)(1) must be filed and served not later than 21 days after the date of the sale of any property not in the ordinary course of business." The sale closed on June 12, 2017 and the Final Closing Statement is attached as Exhibit "1."

Property: 835 San Vicente Blvd, Santa Monica, CA

Name of Purchaser: Ira Rosenberg and Alice Kong Rosenberg

Purchase Price: $5,700,000.00

Dated: December 12, 2018          /s/ John J. Menchaca
                                  John J. Menchaca, Chapter 7 Trustee

John J. Menchaca
Chapter 7 Trustee
835 Wilshire Blvd.
Suite 300
Los Angeles, CA 90017

2



**A&A ESCROW SERVICES, INC.**

415 N. Crescent Drive, Suite 320  
Beverly Hills, CA 90210

Phone: (310) 550-6055  
Fax: (310) 550-6130

## SELLER'S FINAL SETTLEMENT STATEMENT

| | | | |
|---|---|---|---|
| **PROPERTY:** | 835 San Vicente Blvd.<br>Santa Monica, CA | **DATE:** | June 16, 2017 |
| **SELLER:** | Bankruptcy Estate of George Mkitarian | **CLOSING DATE:**<br>**ESCROW NO.:** | June 12, 2017<br>104018-AA |

|  | DEBITS | CREDITS |
|---|---:|---:|
| **FINANCIAL CONSIDERATION** | | |
| Total Consideration | | 5,700,000.00 |
| | | |
| **PAYOFF CHARGES - Bayview Loan Servicing -item no 6** | | |
| **[Total Payoff $4,125,271.71]** | | |
| Principal Balance | 2,995,056.05 | |
| Interest on Principal Balance to 06/12/2017 | 701,043.21 | |
| Interest on Principal Balance at $256.4200/day from 06/12/2017 to 06/13/2017 | 256.42 | |
| Escrow/Impound Overdraft | 380,466.58 | |
| Unpaid Late Charges | 30,236.97 | |
| Recoverable Corporate Advance Balance | 11,038.23 | |
| Property Inspections | 14.00 | |
| Attorneys Fees and Costs | 7,160.25 | |
| | | |
| **PAYOFF CHARGES - Uninsured Employers Benefit Trust Fund Collection Unit -item 8** | | |
| **[Total Payoff $70,976.71]** | | |
| Total to payoff good through June 16th | 70,976.71 | |
| | | |
| **PAYOFF CHARGES - County of LA Tax Collector -unsecured tax liens -items 9-12** | | |
| **[Total Payoff $21,134.85]** | | |
| Amount good through June 30th, 2017 | 21,134.85 | |
| | | |
| **PAYOFF CHARGES - Chrissy Heard -c/o Bennet A. Rheingold - item nos. 13** | | |
| **[Total Payoff $134,283.37]** | | |
| Total payoff good through June 16, 2017 | 134,283.37 | |
| | | |
| **PAYOFF CHARGES - Adam Harari - c/o Shalem Shem-Tov - item no 14 and 15** | | |
| **[Total Payoff $422,887.84]** | | |
| Total payoff good through June 16, 2017 | 422,887.84 | |
| | | |
| **PAYOFF CHARGES - APB Properties, LLC - c/o Lane Nussbaum - item no. 26** | | |
| **[Total Payoff $27,978.50]** | | |
| Total payoff good through June 16, 2017 | 27,978.50 | |
| | | |
| **PAYOFF CHARGES - Gary Golden - c/o Cody D. Knight - item 27** | | |
| **[Total Payoff $88,946.90]** | | |
| HOLD -Total payoff good through 6-21-17 | 88,946.90 | |

Date: June 16, 2017                                                                                        Escrow No.: 104018-AA

Page 2 of 2:

|  | DEBITS | CREDITS |
|---|---:|---:|
| **PAYOFF CHARGES - Sierra Nevada Regional Department of Child Support Services** [Total Payoff $11,053.10] | | |
| Total Payoff | 11,053.10 | |
| **PRORATIONS/ADJUSTMENTS** | | |
| 2nd half taxes 2016-2017 at $16,003.70/semi-annually from 06/12/2017 to 07/01/2017 | | 1,689.28 |
| **COMMISSION CHARGES** | | |
| Coldwell Banker | 71,250.00 | |
| Keller Williams | 142,500.00 | |
| Coldwell Banker Residential Brokerage | 71,250.00 | |
| **OTHER DEBITS/CREDITS** | | |
| Bankruptcy Estate of George Mkitarian release of funds per instructions | 50,000.00 | |
| ASAP invoice #59583 | 198.50 | |
| MyNHD Residential NHD Report | 74.95 | |
| A & A Escrow Services Inc. reimbursement for Santa Monica Report | 281.82 | |
| **TITLE/TAXES/RECORDING CHARGES - First American Title Company** | | |
| Title - Owner's Title Insurance (optional) | 5,808.00 | |
| Title - Messenger Fee | 45.00 | |
| Title - HOLD 1 1/2 times for items 19, 20, 21 | 67,331.00 | |
| Title - Sub Escrow Fee | 62.50 | |
| Title - Payoff Wire Fees | 60.00 | |
| Miscellaneous Recording Fees | 46.00 | |
| Transfer Tax - County to Los Angeles County | 6,270.00 | |
| Transfer Tax - City to City of Santa Monica | 17,100.00 | |
| **ESCROW CHARGES - A & A Escrow Services, Inc.** | | |
| Title - Escrow Fee | 4,275.00 | |
| Title - 1099 Processing Fee to A & A Escrow Services Inc. | 75.00 | |
| Title - Drawing Documentation Fee | 75.00 | |
| Title - Messenger/FedEx Fees to A & A Escrow Services Inc. | 30.00 | |
| Title - File Archive Fee* to Archive It! | 29.00 | |
| **Net Proceeds** | 362,394.53 | |
| **TOTAL** | $ 5,701,689.28 | $ 5,701,689.28 |

**SAVE THIS STATEMENT FOR INCOME TAX PURPOSES**

| In re: GEORGE MKITARIAN | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER   2:16-bk-23364-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
835 WILSHIRE BOULEVARD SUITE 300, LOS ANGELES, CA 90017

The foregoing document **CHAPTER 7 TRUSTEE'S REPORT OF SALE PURSUANT TO RULE 6004(f) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 12, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On December 12, 2018, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Debtor**

George Mkitarian
212 26th St. #290
Santa Monica, CA 90402

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 12, 2018, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

**Account for Chapter 7 Trustee**
Menchaca & Company LLP
Alfredo Okubo
aokubo@menchacacpa.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 12, 2018 | Imelda Gaeta | /s/Imelda Gaeta |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                        **F 9013-3.1**

| In re: GEORGE MKITARIAN | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 2:16-bk-23364-VZ |

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Simon Aron on behalf of Creditor USI Servicing, Inc.
saron@wrslawyers.com

Simon Aron on behalf of Creditor United Security Investors III, LLC
saron@wrslawyers.com

Simon Aron on behalf of Interested Party Courtesy NEF
saron@wrslawyers.com

Jason Balitzer on behalf of Trustee John J Menchaca (TR)
jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com;kmccamey@sulmeyerlaw.com

Dana M Douglas on behalf of Debtor George Mkitarian
dmddouglas@hotmail.com

Dane W Exnowski on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Successor Trustee to JPMorgan Chase Bank, N.A. as Trustee for the Holders of SAMI II Trist 2006-AR3, Mortgage Pass-Through Certificates, Series
dane.exnowski@mcalla.com, bk.ca@mcalla.com

Sean C Ferry on behalf of Creditor Bank Of America, National Association
sferry@ecf.courtdrive.com, bkyecf@rasflaw.com

Brandye N Foreman on behalf of Creditor The Bank of New York Mellon
cdcaecf@bdfgroup.com

Todd S Garan on behalf of Interested Party Courtesy NEF
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Elsa M Horowitz on behalf of Interested Party Courtesy NEF
ehorowitz@wrslawyers.com, aparisi@wrslawyers.com

Angie M Marth on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR3 Mortgage Pass-Throu
amarth@logs.com, ssali@logs.com

Erin M McCartney on behalf of Creditor Bank Of America, National Association, Successor By Merger To Countrywide Bank, N.A. Formerly Known As Treasury Bank, N.A.
bankruptcy@zbslaw.com, emccartney@ecf.courtdrive.com

John J Menchaca (TR)
jmenchaca@menchacacpa.com, ca87@ecfcbis.com;igaeta@menchacacpa.com

Kelly L Morrison on behalf of Plaintiff United States Trustee (LA)
kelly.l.morrison@usdoj.gov

Kelly L Morrison on behalf of U.S. Trustee United States Trustee (LA)
kelly.l.morrison@usdoj.gov

Bryan L Ngo on behalf of Interested Party Diane Thomson Mkitarian
bngo@fortislaw.com,

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                F 9013-3.1

| In re: GEORGE MKITARIAN | | CHAPTER 7 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 2:16-bk-23364-VZ |

BNgo@bluecapitallaw.com;SPicariello@fortislaw.com;JNguyen@fortislaw.com;JNguyen@bluecapitallaw.com

Lane M Nussbaum on behalf of Creditor APB Properties, LLC
lnussbaum@nussbaumapc.com, info@nussbaumapc.com

Kelly M Raftery on behalf of Creditor U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-OA6,
bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com

Cassandra J Richey on behalf of Creditor The Bank of New York Mellon., et al
cmartin@pralc.com

Cassandra J Richey on behalf of Interested Party Courtesy NEF
cmartin@pralc.com

Edward G Schloss on behalf of Creditor BAYVIEW LOAN SERVICING, LLC
egs2@ix.netcom.com

Edward G Schloss on behalf of Creditor BAYVIEW LOAN SERVICING, LLC, servicing agent for The Bank of New York Mellon
egs2@ix.netcom.com

Shalem Shem-Tov on behalf of Creditor Courtesy NEF
shalem@netshemlaw.com

Shalem Shem-Tov on behalf of Creditor Adam Harari
shalem@netshemlaw.com

David Samuel Shevitz on behalf of Debtor George Mkitarian
david@shevitzlawfirm.com, shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;daisy@shevitzlawfirm.com

Valerie Smith on behalf of Interested Party Courtesy NEF
claims@recoverycorp.com

Edward A Treder on behalf of Interested Party Courtesy NEF
cdcaecf@bdfgroup.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Steven Werth on behalf of Other Professional SulmeyerKupetz
swerth@sulmeyerlaw.com,
asokolowski@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com

Steven Werth on behalf of Plaintiff John Menchaca Chapter 7 Trustee
swerth@sulmeyerlaw.com,
asokolowski@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com

Steven Werth on behalf of Plaintiff John J Menchaca, Chapter 7 Trustee
swerth@sulmeyerlaw.com,
asokolowski@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                      F 9013-3.1

| In re: GEORGE MKITARIAN | CHAPTER   7 |
|---|---|
| Debtor(s). | CASE NUMBER    2:16-bk-23364-VZ |

.com

Steven Werth on behalf of Trustee John J Menchaca (TR)
swerth@sulmeyerlaw.com,
asokolowski@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com

Kristin A Zilberstein on behalf of Creditor U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-OA6, ecfnotifications@ghidottilaw.com ristlaw.com;atroy@youristlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                   F 9013-3.1